# United States Court of Appeals
## For the First Circuit

No. 13-1885

UNITED STATES OF AMERICA,

Appellee,

v.

FRANCISCO J. VÉLEZ-SOTO, a/k/a Fresh,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on October 14, 2015, is amended as follows:

On page 2, line 5, change "convictions" to "crimes."

On page 2, line 7, delete "a" at the end of the line.